JUAN B. COLÁS
CIRCUIT COURT, BR 10

FILED
DEC - 9 2015
DANE COUNTY CIRCUIT COURT

| STATE OF WISCONSIN | CIRCUIT COURT | DANE COUNTY |
|---|---|---|

BRODY LEIS
1000 Glen View Ct.
Mount Horeb, WI 53572,

PERSONAL INJURY – OTHER
Civil Code: 30107
Case Number: **15CV3148**
Damage Claim Exceeds $5,000

    Plaintiff,

and

DEAN HEALTH PLAN, INC.
1277 Deming Way
Madison, WI 53717,

and

UNITY HEALTH PLANS INSURANCE CORPORATION
840 Carolina St.
Sauk City, WI 53583,

    Involuntary Plaintiffs,

v.

THE AMERICAN NATIONAL RED CROSS
2025 E Street N.W.
Washington, DC 20006,

    Defendant.

## SUMMONS

THE STATE OF WISCONSIN

To each person named above as a defendant:

    You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

**EXHIBIT A**

Within 45 days of receiving this summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is Clerk of Circuit Court, Dane County Courthouse, 215 S. Hamilton St., Madison, WI 53703 and to Brody Leis, 1000 Glen View Ct., Mount Horeb, WI 53572. You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 4 day of December, 2015.

*Brody Leis* (signature)

Brody Leis
1000 Glen View Ct.
Mount Horeb, WI 53572

2

**EXHIBIT A**

FILED
DEC - 9 2015
DANE COUNTY CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | DANE COUNTY |

BRODY LEIS
1000 Glen View Ct.
Mount Horeb, WI 53572,

    Plaintiff,

and

DEAN HEALTH PLAN, INC.
1277 Deming Way
Madison, WI 53717,

and

UNITY HEALTH PLANS INSURANCE CORPORATION
840 Carolina St.
Sauk City, WI 53583,

    Involuntary Plaintiffs,

v.

THE AMERICAN NATIONAL RED CROSS
2025 E Street N.W.
Washington, DC 20006,

    Defendant.

PERSONAL INJURY – OTHER
Civil Code: 30107
Case Number: **15CV3148**
Damage Claim Exceeds $5,000

## COMPLAINT

For a complaint against the defendants, the Plaintiff respectfully alleges and shows to the court as follows:

1. Plaintiff Brody Leis is an adult resident of the State of Wisconsin residing at 1000 Glen View Ct., Mount Horeb, WI 53572.

2. Involuntary Plaintiff Dean Health Plan Inc. ("Dean Health") is a domestic insurance company with a primary business address of 1277 Deming Way, Madison, Wisconsin

**EXHIBIT A**

53717. Pursuant to State law, Involuntary Plaintiff Dean Health may be entitled to reimbursement for claims paid in relation to the incident which is the subject of this lawsuit in the event of either settlement or judgment. The registered agent and address for Dean Health is CT Corporation System, 8020 Excelsior Dr., Madison, Wisconsin 53717.

3. Involuntary Plaintiff Unity Health Plans Insurance Corporation ("Unity") is a domestic insurance company with a primary business address of 840 Carolina St., Sauk City, WI, 53583. Pursuant to State law, Involuntary Plaintiff Unity may be entitled to reimbursement for claims paid in relation to the incident which is the subject of this lawsuit in the event of either settlement or judgment. The registered agent and address for Unity is Christine Senty, 840 Carolina St., Sauk City, WI, 53583.

4. Defendant The American National Red Cross ("Red Cross"), is a foreign business in the District of Columbia with a principal address at 2025 E Street N.W., Washington, DC 20006. Defendant Red Cross was the organization in the incident described below which is the subject of this lawsuit and is therefore a proper party defendant. The registered agent and address for Red Cross is David Meltzer, 2025 E Street N.W., Washington, DC 20006.

5. During the afternoon of December 12, 2012, Plaintiff Brody Leis gave blood at a blood drive at Mount Horeb High School, located at 305 S. 8th St, Mt. Horeb, WI 53572, which was organized, sponsored and staffed by the American National Red Cross.

6. After Mr. Leis gave blood, he was allowed to volunteer as a "blood buddy," assisting other donors.

7. In the course of volunteering, Mr. Leis lost consciousness, fell to the ground striking his head and sustaining serious injuries as a result.

**EXHIBIT A**

8. Defendant, Red Cross, was negligent in failing to ensure the safety and wellbeing of volunteers volunteering after giving blood, including the Plaintiff, Brody Leis. Defendant, Red Cross, was further negligent in failing to adequately train their staff who were working the blood drive at the subject location and on the subject date.

9. Defendant, Red Cross, was further negligent in failing to train and prepare their staff for the specific situation of someone passing out, striking their head and sustaining serious injury.

10. Finally, Defendant, Red Cross, was further negligent in failing to follow proper established guidelines on restrictions on volunteers working after donating blood.

11. Defendant, Red Cross's, aforesaid negligence was a substantial factor in causing Plaintiff Brody Leis's injuries.

12. As a direct result of Defendant, Red Cross's, aforesaid negligence, Plaintiff Brody Leis has suffered physical injuries, endured pain and suffering and has incurred medical expenses, all to his damage.

WHEREFORE, Plaintiff prays for judgment against the defendant in an amount to be determined at trial, together with costs and disbursements incurred herein.

Dated this 4 day of December, 2015.

*Brody Leis*

Brody Leis
1000 Glen View Ct.
Mount Horeb, WI 53572

**EXHIBIT A**