UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRODY LEIS,

                Plaintiff

and

DEAN HEALTH PLAN, INC. and UNITY
HEALTH PLANS INSURANCE
CORPORATION,

                Involuntary Plaintiffs,

v.

THE AMERICAN NATIONAL RED CROSS,

                Defendant.

Case No.:  16-CV-45

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, that this action may be dismissed in its entirety, on the merits, with prejudice and without costs or fees to any party.

Dated: __April 28, 2016_____

Dated: _April 25, 2015_____

s/Brody Leis_____
Brody Leis, Pro Se Plaintiff

**DEAN HEALTH PLAN, INC**
Attorneys for Involuntary Plaintiff, Dean
Health Plan

s/Jamie Stock-Retzloff
Jamie Stock-Retzloff
State Bar No. 1036418

**FALK LEGAL GROUP**
Attorneys for Involuntary Plaintiff, Unity
Health Plans Insurance Company

Dated: __April 2, 2016_____        s/ Matthew R. Falk
                                        _____
                                        Matthew R. Falk
                                        State Bar No. 1023040

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendant American National
Red Cross

Dated: __April 28, 2016_____        s/Michael P. Russart
                                        _____
                                        Michael P. Russart
                                        State Bar No. 1023128

2